*Jacob Matthews* v. *John S. Bristol and others.* D. WRIGHT, for complainant; W. A. SACKETT & M. T. REYNOLDS, for defendant. Motion to dissolve injunction granted, with $10 costs.